**EXHIBIT 2:** INFRINGEMENT
URL: https://www.facebook.com/WBOCTV16/videos/822080239330996

