IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jordan Hall

**Plaintiff,**

\*

v.   Case No. _____

WBOC, Inc.

**Defendant.**

\*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

[X] I certify, as party/counsel in this case that  Jordan Hall
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

[ ] The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

[ ] The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____           _____
(name of member)                                          (state of citizenship)

_____           _____
(name of member)                                          (state of citizenship)

_____           _____
(name of member)                                          (state of citizenship)

_____           _____
(name of member)                                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

March 31, 2025                                            */s/ Craig Sanders*
Date                                                      Signature

                                                          Craig Sanders (MD Bar No. 18557)
                                                          Printed name and bar number

                                                          333 Earle Ovington Blvd, Suite 402
                                                          Address

                                                          csanders@sanderslaw.group
                                                          Email address

                                                          (516) 203-7600
                                                          Telephone number

                                                          (516) 282-7878
                                                          Fax number